UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES WILLIAMS,

        Plaintiff,

v.

KING COUNTY JAIL, et al.,

        Defendants.

Case No. C11-25-RSL

**ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING THIS CASE**

The Court, having reviewed plaintiff's amended civil rights complaint, the parties' pleadings including their motions for summary judgment, the report and recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby **ORDER**:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. 42) is **GRANTED**;

(3)     Plaintiff's complaint and this action are **DISMISSED** with prejudice as to all named defendants;

(4)     The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 4th day of October, 2011.

                                    */s/ Robert S. Lasnik*
                                  ROBERT S. LASNIK
                                  United States District Judge